# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DIRECTSTREAM, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 20-10534 (MFW) |
| In re: <br><br> DIRECTSTREAM FEDERAL, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 20-10535 (MFW) <br><br> **Hearing Date: Sept. 2, 2020 at 2:00 p.m. (ET)** <br> **Obj. Deadline: August 12, 2020 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF INTEL CORPORATION FOR AN ORDER (I) STAYING PATENT INFRINGEMENT ACTION PURSUANT TO SECTION 362(a) OR SECTION 105(a) OR (II) MODIFYING THE AUTOMATIC STAY AND GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that today, Intel Corporation (the "Intel") filed the **Motion of Intel Corporation for an Order (I) Staying Patent Infringement Action Pursuant to Section 362(a) or Section 105(a) or (II) Modifying the Automatic Stay and Granting Related Relief** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 12, 2020 at 4:00 p.m. (EDT)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to the Debtors.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 2, 2020 AT 10:00 A.M. (EDT)** BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Taylor M. Haga (No. 6549)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:   dabbott@mnat.com
          thaga@mnat.com

and

PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop (*pro hac vice* admission pending)
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

Dania Slim (*pro hac vice* admission pending)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
Telephone: (202) 663-9240
Facsimile: (202) 663-8007
dania.slim@pillsburylaw.com

*Counsel for Intel Corporation*