## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIRECTSTREAM, LLC,<br><br>                  Debtor. | Chapter 7<br><br>Case No. 20-10534 (MFW) |
| In re:<br><br>DIRECTSTREAM FEDERAL, LLC,<br><br>                  Debtor. | Chapter 7<br><br>Case No. 20-10535 (MFW)<br><br>**Hearing Date:  Sept. 2, 2020 at 2:00 p.m. (ET)**<br>**Obj. Deadline: August 21, 2020 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF XILINX, INC. FOR AN ORDER (I) STAYING PATENT INFRINGEMENT ACTION PURSUANT TO SECTIONS 362(a) AND 105(a) OF THE BANKRUPTCY CODE OR (II) MODIFYING THE AUTOMATIC STAY AND GRANTING RELATED RELIEF**

      PLEASE TAKE NOTICE that today, Xilinx, Inc. ("Xilinx") filed the **Motion of Xilinx, Inc. for an Order (I) Staying Patent Infringement Action Pursuant to Sections 362(a) and Section 105(a) or (II) Modifying the Automatic Stay and Granting Related Relief** (the "Motion").

      PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 21, 2020 at 4:00 p.m. (Eastern)** (the "Objection Deadline"; and (c) served as to be received on or before the Objection Deadline by undersigned counsel to Xilinx.

      PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

      PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 2, 2020, AT 2:00 P.M. (Eastern)** BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 6, 2020              FISH & RICHARDSON P.C.

                                By: */s/ Warren K. Mabey, Jr.*
                                    Warren K. Mabey, Jr. (#5775)
                                    222 Delaware Avenue, 17th Floor
                                    P.O. Box 1114 (19899)
                                    Wilmington, DE  19801
                                    Telephone: (302) 652-5070
                                    Facsimile:  (302) 652-0607
                                    Email: mabey@fr.com

                                    Attorneys for Defendant,
                                    Xilinx, Inc.