## SERVICE LIST

**Chapter 7 Trustee**

Don A. Beskrone
Ashby & Geddes, P.A.
P.O. Box 272
Wilmington, DE 19899
dbeskronetrustee@gmail.com

**Counsel for Chapter 7 Trustee**

Ricardo Palacio, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, P. A.
500 Delaware Avenue, 8th Floor
P.O. Box 272
Wilmington, DE 19899
bankruptcy@ashby-geddes.com

**Counsel for FG SRC LLC**

Alfonso Garcia Chan, Esquire
Ari B. Rafilson, Esquire
Michael W. Shore, Esquire
William D. Ellerman, Esquire
Shore Chan DePumpo LLP
901 Main Street, Suite 3300
Dallas, TX 75202
achan@shorechan.com
arafilson@shorechan.com
mshore@shorechan.com
wellerman@shorechan.com

**Counsel for FG SRC LLC**

Price Ainsworth, Esquire
Law Offices of Price Ainsworth, P.C.
4407 Bee Caves Road
#1-111
Austin, TX 78746
price@ainsworth-law.com

**Counsel for Debtor DirectStream, LLC**

Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com

**U.S. Trustee**

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Counsel for Swoop Search, LLC**

Ryan T. Murphy, Esquire
Fredrikson & Byron
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
rmurphy@fredlaw.com

**Counsel for Swoop Search, LLC**

Eric J. Monzo, Esquire
Brya M. Keilson, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
bkeilson@morrisjames.com

**Counsel for Brandon Freeman**

Norman L. Pernick, Esquire
Patrick J. Reilley, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
preilley@coleschotz.com

**Via First Class Mail**
Paul Reeder, Controller
DirectStream, LLC
9925 Federal Drive, Suite 130
Colorado Springs, CO 80921

**Counsel for Intel Corporation**

Derek C. Abbott
Taylor M. Haga
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com
thaga@mnat.com

**Counsel for Brandon Freeman**

Robert C. Blume, Esquire
M. Scott Campbell, Esquire
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
rblume@gibsondunn.com
scampbell@gibsondunn.com

**Counsel for FG SRC LLC**

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809