**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DIRECTSTREAM, LLC, | ) | Case No. 20-10534 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DIRECTSTREAM FEDERAL, LLC, | ) | Case No. 20-10535 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 2, 2020 AT 2:00 A.M. (EASTERN TIME)**

*NO MATTERS ARE GOING FORWARD.
WITH PERMISSION FROM THE COURT, THIS HEARING IS <u>CANCELLED</u>.*

<u>**CONTINUED MATTERS**</u>

1. Motion of Intel Corporation for an Order (I) Staying Patent Infringement Action Pursuant to Section 362(a) or Section 105(a) or (II) Modifying the Automatic Stay and Granting Related Relief [Docket No. 51 (20-10534) and Docket No. 46 (20-10535); filed July 28, 2020]

   <u>Response Deadline</u>: August 12, 2020 at 4:00 p.m. (extended to September 10, 2020 for the Ch. 7 Trustee and FG SRC LLC) (Intel deadline to file a reply is September 14, 2020)

   <u>Related Document(s)</u>:

   A. Corrected Notice of Hearing [Docket No. 52 (20-10534) and Docket No. 47 (20-10535); filed July 28, 2020]

   <u>Status</u>: By agreement among the parties, this matter is continued to September 16, 2020.

2. Motion (of Xilinx, Inc.) to Approve an Order (I) Staying Patent Infringement Action Pursuant to Section 362(a) or Section 105(a) or (II) Modifying the Automatic Stay and Granting Related Relief [Docket No. 53 (20-10534) and Docket No. 17 (20-10535); filed August 6, 2020]

Response Deadline: August 21, 2020 at 4:00 p.m. (extended to September 10, 2020 for the Ch. 7 Trustee and FG SRC LLC) (Xilinx deadline to file a reply is September 14, 2020)

Status: By agreement among the parties, this matter is continued to September 16, 2020.

| | |
|---|---|
| Dated: August 31, 2020 | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Ricardo Palacio*<br>Ricardo Palacio (I.D. #3765)<br>Benjamin W. Keenan (I.D. #4724)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>rpalacio@ashbygeddes.com<br>bkeenan@ashbygeddes.com<br><br>*Counsel for Don A. Beskrone, Chapter 7 Trustee* |